SEYFARTH SHAW LLP
Myra B. Villamor (SBN 232912)
mvillamor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
CARTER'S RETAIL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO<br><br>          Plaintiff,<br><br>   v.<br><br>CARTER'S RETAIL, INC. dba CARTER'S; GARRISON TULARE LLC;<br><br>          Defendants. | Case No. 17-cv-00787-LJO-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to the provisions of Local Rule 144(a), Plaintiff Jose Trujillo ("Plaintiff") and Defendant Carter's Retail, Inc. ("Defendant"), by and through their respective counsel, hereby stipulate that Defendant may have a 21-day extension of time in which to respond to Plaintiff's Complaint. Pursuant to this extension, a response by Defendant shall be due on or before September 4, 2017.

This stipulation will not affect or alter any deadline previously set by Court order.

The reason for the present extension is that the parties are in the midst of negotiating a resolution of this matter.

///

///

///

Pursuant to Local Rule 131(e), counsel for Plaintiff has authorized submission of this document on his behalf.

DATED: August 10, 2017        SEYFARTH SHAW LLP

By: */s/ Myra B. Villamor*
Myra B. Villamor
Attorneys for Defendant
Carter's Retail, Inc.

DATED: August 10, 2017        MISSION LAW FIRM

By: */s/ Zachary M. Best*
Zachary M. Best
Attorneys for Plaintiff

## [~~PROPOSED~~] ORDER

Based on the foregoing stipulation, IT IS SO ORDERED that the following deadline applies:   a response by Defendant shall be due on or before September 4, 2017.

IT IS FURTHER ORDERED that the Scheduling Conference is continued from September 19, 2017 to October 11, 2017 at 9:00AM before Judge McAuliffe in Courtroom 8.

IT IS SO ORDERED.

Dated:   **August 14, 2017**             /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE